FILED '07 JUL 06 14:11 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANITA M. HASS, | CV# 06-758-HO |
|     Plaintiff, | |
| v. | ORDER GRANTING STIPULATED EAJA FEES, COSTS AND EXPENSES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2366.86 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $7.80 in costs and $30.63 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks to Plaintiff in care of her attorney, James S. Coon, at her attorney's address: 820 SW 2nd Ave Ste 200, Portland OR 97204.

DATED this 6th day of July, 2007.

_/s/ Michael C. Hogan_
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff